IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JANICE F. STOWE                                                                                    PLAINTIFF

v.                                                        4:06cv00769 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                      DEFENDANT

## ORDER

Defendant has filed a Motion to Remand for further administrative proceedings pursuant to sentence six (docket entry #7). Defendant states that Plaintiff was awarded benefits under Titles II and XVI on subsequent applications filed on February 14, 2006. The State Agency found that Plaintiff became disabled on January 27, 2006, and suggests that there was new and material evidence with respect to the period on or before the date of the adverse decision. In addition, the State Agency found Plaintiff's obesity and disorders of the muscle/connective tissue to be disabling. Defendant requests remand to reevaluate the pending claim to include consideration of the evidence on which the State Agency's allowance was based. Plaintiff does not object to this remand.

In pertinent part, 42 U.S.C. § 405(g) (1995) provides the following:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

Under the circumstances, there is good cause shown, and remand is proper.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Remand (docket entry #7) is hereby GRANTED, and this case is remanded to the Commissioner. This is a "sentence six" remand.

IT IS FURTHER ORDERED that the Clerk shall administratively close this file.

DATED this 18th day of January, 2007.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE